IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DAVID WAYNE HULL, )
    Petitioner, )
)
v. )
) Criminal No. 03-96
) (Civil Action No. 11-364)
UNITED STATES OF AMERICA, )
    Respondent. )

ORDER

AND NOW, this 29 day of September, 2011, for the reasons stated in the Court's Memorandum and Order, dated September 8, 2011, denying petitioner's Motion to Vacate, Set Aside, or Correct Sentence, IT IS HEREBY ORDERED that petitioner's Request for Certificate of Appealability [document #182] is DENIED.

BY THE COURT:

_____, C.J.
Hon. Gary L. Lancaster,
Chief United States District Judge

cc: All Parties of Record