PROB 12C
(Rev. 12/04)

# UNITED STATES DISTRICT COURT
## FOR
## WESTERN DISTRICT OF PENNSYLVANIA

PETITION FOR WARRANT OR SHOW CAUSE HEARING FOR OFFENDER UNDER SUPERVISION

Name of Offender:   David Hull              Case Number:   0315 2:03CR00096

Name of Sentencing Judicial Officer:   The Honorable Gary L. Lancaster

Date of Original Sentence:   February 25, 2005

Original Offenses:   Poss of an Unregistered Firearm (Silencer); Poss of an Unregistered Firearm (Explosive Bomb); Transfer of an Unregistered Firearm (Explosive Bomb); Making of an Unregistered Firearm (Explosive Bomb); Distribution of Information Relating to Explosives, Destructive Devices and Weapons of Mass Destruction; Poss of Firearm(s) by a Convicted Felon; Tampering with a Witness.

Original Sentence:   144 months' imprisonment at Count 7, and 120 months' imprisonment at Counts 2, 4, 5, 6, 9, and 10. All terms shall run concurrently. 3 years' supervised release, all terms to run concurrently.

Special Conditions:   Shall undergo a mental health assessment and participate in a mental health treatment program as directed by the PO, and shall remain in such program until he is released by the PO.

Type of Supervision:   TSR              Date Supervision Commenced:   07/20/2012

Assistant U.S. Attorney:   Margaret Picking       Defense Attorney:   Chris Eyster

Prior Court History:   08/28/2007: Count 7 (Distribution of Information Relating to Explosives, Destructive Devices and Weapons of Mass Destruction) dismissed. Resentenced to 130 months' imprisonment to consist of 120 months at Counts 2, 4, 5, 6, and 9 with those terms running concurrently with each other, followed by a consecutive period of 10 months at Count 10. In all other aspects the order date 02/25/05 remains the same.

## PETITIONING THE COURT

☒ To Issue a Warrant
☐ To Schedule a Show Cause Hearing
☐ Other

THE PROBATION OFFICER BELIEVES THAT THE OFFENDER HAS VIOLATED THE FOLLOWING CONDITION(S)

VIOLATION NUMBER NATURE OF NONCOMPLIANCE

1. SHALL NOT COMMIT ANOTHER FEDERAL, STATE, OR LOCAL CRIME.
2. SHALL NOT POSSESS A FIREARM, AMMUNITION, DESTRUCTIVE DEVICE, OR ANY OTHER DANGEROUS WEAPON.

    The defendant was arrested in Moorehead, Kentucky by Kentucky State Police on December 6, 2012, for Possession of a Handgun by a Convicted Felon. The defendant had access to a 9mm .

Case 2:03-cr-00096-CB    Document 193    Filed 01/08/13    Page 2 of 2

U.S.A. vs. David Hull
Docket No. 03CR00096-001
Page 2

handgun which was found the date of arrest in his residence, in a small gun safe under the defendants bed that he shared with his wife. The key to the safe was in plain view on the kitchen table and accessible to the defendant. The following evidence was confiscated by police: Hi-Point model 09 9mm semi-automatic Handgun, Magazine containing 8 rounds, Box containing 43 9mm rounds, Box containing 17 9mm rounds, box containing 50 9mm rounds, and a 16 gauge shotgun round. Also observed by officers was a jug of black powder sitting by his bed at which time Mrs. Christa Hull, his wife, stated that there was a blackpowder rifle in the residence.

The defendant posted $25,000 bond and has been released. Charges remain pending.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully Submitted,

By: *Tracey Begonia* (signature)
Tracey Begonia
United States Probation Officer

Approved By: *John Poglinco* (signature)
John Poglinco
Supervising U.S. Probation Officer

Date: 1/8/2013

THE COURT ORDERS:

☐ No Action
☐ The Issuance of a Warrant
   and: ☐ No Bond is set
        ☐ Bond is set at _____
        ☐ Bond is at the discretion of the Magistrate Judge
☐ That the supervised release appear at the United States Courthouse, at _____, Pennsylvania, Court Room no. _____, _____, Floor, with legal counsel on _____ at _____, to show cause why supervision should not be revoked.
☐ Other

GARY L. LANCASTER
SIGNATURE OF JUDICIAL OFFICER

DATE