‌AO 442  (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____WESTERN_____  District of  _____PENNSYLVANIA_____

## UNITED STATES OF AMERICA

V.

DAVID HULL

**WARRANT FOR ARREST**

Case Number:  2:03-cr-96

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   DAVID HULL
                                                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   X Violation Notice   ☐ Probation Violation Petition

charging him or her with   (brief description of offense and 'in violation of Title _ of U.S.C., Section(s) _')

SUPERVISED RELEASE VIOLATION

Patricia Hill
Name of Issuing Officer

*Patricia Hill*
Signature of Issuing Officer

Deputy Clerk
Title of Issuing Officer

01/10/2013          Pittsburgh
Date and Location

Bail fixed at $   At the Discretion of the Mag. Judge   by _____
                                                                                           Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at  HIS RESIDENCE LOCATED AT
425 REBER RD. WEST LIBERTY, KY 41472

| DATE RECEIVED 01/11/13 | NAME AND TITLE OF ARRESTING OFFICER T BARTLEY, DUSM | SIGNATURE OF ARRESTING OFFICER *TCBartley 5237* |
|---|---|---|
| DATE OF ARREST 01/15/13 10:30 | | |