IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal No. 03-96 |
| | ) | |
| | ) | Judge Cathy Bissoon |
| DAVID WAYNE HULL, | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

Since the Court's last Order (Doc. 214), regarding Defendant's Motion (Doc. 205) for Return of Property, the government has filed supplements demonstrating: (a) that the materials in "Group A" have been returned to Defendant, without objection (*see* Doc. 217 at 1-4); (b) as to "Group E," Defendant's disks have been returned, and the CPU contains derivative-contraband, warranting a forensic-wiping of the hard drive before the CPU is returned (*see* Doc. 215 at 2-6 *and* Doc. 217 at 5); and (c) the government has agreed not to destroy the items in Groups D, F and G, and not to forensically wipe the CPU in Group E, until Defendant's appeal-period expires and/or his putative appeal is resolved. The government's positions are consistent with the law, its analyses are incorporated by reference herein, and these things are SO ORDERED.

On the day the government filed its second supplement, Defendant filed a "Motion for return of property in complete intact usable condition." Doc. 218. The filing serves more as a response to the Court's analyses and − *ad hominem* attacks on the government and the Court aside – its contents largely are restricted to the Court's rulings regarding Defendant's computer

hard-drive. *See id.* Defendant's filing does not persuade the Court to revisit its rulings, and, to the extent that it purports to be a Motion, the Motion is DENIED.

This concludes the proceedings before this Court as relates to Defendant's request for return of property, and, as contemplated in the prior Order, a Rule 58 Judgment now will issue.

IT IS SO ORDERED.


November 2, 2017                                s\Cathy Bissoon
                                                Cathy Bissoon
                                                United States District Judge

cc (via First-Class U.S. Mail):

David Wayne Hull
425 Reber Road
West Liberty, KY  41472


cc (via ECF email notification):

All Counsel of Record